# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * *   *
RP1 FUEL CELL LLC and UTS SJ-1, *
LLC,                            *
                                *
              Plaintiffs,       *    No. 13-552C
         v.                     *    Filed: April 20, 2015
                                *
UNITED STATES,                  *
                                *
              Defendant.        *
                                *
* * * * * * * * * * * * * *   *
```

## O R D E R

The court is in receipt of the parties' April 17, 2015 joint status report. The parties agree that the plaintiffs are due $1,515,020.00, $880,237.00 for the RP1 Project and $634,783.00 for the SJ-1 Project, with no pre-judgment interest. The Clerk of the Court shall enter **JUDGMENT** in favor of plaintiffs in the amount of $1,515,020.00.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
       **Judge**
